**Scott A. FALKIEWICZ, Plaintiff–Appellant,**

**Brittany Y. Falkiewicz, Plaintiff,**

v.

**CITY OF WESTLAND, et al., Defendants–Appellees.**

**No. 02–2076.**

United States Court of Appeals, Sixth Circuit.

March 28, 2003.

Before CLAY and ROGERS, Circuit Judges; and COFFMAN, District Judge.*

*ORDER*

Pro se Michigan prisoner Scott A. Falkiewicz appeals a district court order that

---

* The Honorable Jennifer B. Coffman, United States District Judge for the Eastern District of Kentucky, sitting by designation.

Page number at top

denied his Fed.R.Civ.P. 60(b) motion for relief from judgment. The case has been referred to this panel pursuant to Rule 34(j)(1), Rules of the Sixth Circuit. We unanimously agree that oral argument is not needed. Fed. R.App. P. 34(a).

As the district court properly concluded, the law-of-the-case doctrine relieves us from revisiting the judgment, which has become final. *See Falkiewicz v. City of Westland,* No. 98–2283, 1999 WL 1021855 (6th Cir. Nov.3, 1999) (unpublished). The doctrine dictates that issues, once decided, will be reopened only in extraordinary circumstances. *Christianson v. Colt Indus. Operating Corp.,* 486 U.S. 800, 817, 108 S.Ct. 2166, 100 L.Ed.2d 811 (1988). None is before us.

Accordingly, the district court's judgment is affirmed. Rule 34(j)(2)(C), Rules of the Sixth Circuit.